RECEIVED
AUG 2 3 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MIKE WILSON | CIVIL ACTION NO. 06-1340 |
| VS. | JUDGE HAIK |
| GENERAL ELECTRIC CO. | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

This case was removed from a local state court based on the allegation of defendant that the matter in controversy exceeds $75,000 and that this court therefore has diversity jurisdiction under 28 U.S.C. §1332. Removal documents show that plaintiff alleges that he injured his back and knee when an elevator failed and dropped. Defendant had recently serviced the elevator. As a result of his injuries, plaintiff alleges that he incurred medical expenses, and has loss of earnings and loss of earning capacity. The petition also states that plaintiff's damages exceed $50,000.00, the jurisdictional limit for a trial by jury in state court. La. C.C.Proc. Art. 1732. Considering the foregoing, the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana on August 23, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, LA 70501
(337) 593-5140    FAX 593-5155